

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Carroll Carpenter,

Vs. No. 11-15-00323-CR

The State of Texas,

\* From the 161st District Court
of Ector County
Trial Court No. B-43,463.

\* August 9, 2018

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court as to Count I is in all things affirmed.